ASHMAN *v.* COMMERCIAL INSURANCE COMPANY

[No. 256, September Term, 1963.]

*Decided March 31, 1964.*

The cause was submitted to HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

Submitted on brief by *Louis S. Ashman,* for the appellant.

Submitted on brief by *Herbert L. Grymes,* for the appellee.

PER CURIAM.

The judgment appealed from in this case is affirmed for the reasons set out in the opinion of Chief Judge Manley in the court below.

*Judgment affirmed, with costs.*